Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Jimmy Renteria

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:06-cr-0291 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| v. | |
| JIMMY RENTERIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for October 13, 2009 be continued to <u>October 26, 2009 at 9:00 a.m</u>.

The request is being made because defendant needs further time for investigation and preparation for the sentencing hearing.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

*Stipulation To Continue Sentencing Hearing and [Proposed] Order Thereon; U.S. v. Renteria, No. 1:06-cr-291-02 OWW* 1

| | | |
|---|---|---|
| 1 | Dated: October 9, 2009 | Respectfully submitted, |
| 2 | | /s/Carolyn Phillips<br>CAROLYN PHILLIPS<br>Attorney for Defendant<br>Jimmy Renteria |
| 4 | Dated: October 9, 2009 | LAWRENCE G. BROWN<br>U.S. Attorney |
| 6 | | By: /s/ James Terzian<br>JAMES TERZIAN<br>Assistant U.S. Attorney |

### ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

DATED:  10/9/2009          /s/ OLIVER W. WANGER
                           OLIVER W. WANGER
                           Judge United States District Court

*Stipulation To Continue Sentencing Hearing and [Proposed] Order Thereon; U.S. v. Renteria, No. 1:06-cr-291-02 OWW* 2