Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Jimmy Renteria

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:06-cr-0291 OWW |
|     *Plaintiff*, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
|   v. | |
| JIMMY RENTERIA, | |
|     *Defendant.* | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for August 23, 2010 be continued to September 13, 2010 at 9:00 a.m.

　　　The request is being made because defendant needs further time for investigation and preparation for the sentencing hearing.

　　　Dated:  August 19, 2010　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Carolyn Phillips
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Jimmy Renteria

*Stipulation To Continue Sentencing Hearing and Order Thereon; U.S. v. Renteria, No. 1:06-cr-291-02 OWW*　　1

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  August 19, 2010           BENJAMIN B. WAGNER
                                  U.S. Attorney

                                  By: /s/ Kevin Rooney
                                  KEVIN ROONEY
                                  Assistant U.S. Attorney
```

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

```
DATED:  August 19, 2010           /s/ OLIVER W. WANGER
                                  United States District Judge
```

*Stipulation To Continue Sentencing Hearing and Order Thereon; U.S. v. Renteria, No. 1:06-cr-291-02 OWW*   2

PDF created with pdfFactory trial version www.pdffactory.com